**Judge Hellerstein**
Michael J. Walsh (MJ-6578)
William F. Dougherty (WD-8719)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPELLA SHIPPING LTD.,<br><br>                Plaintiff,<br><br>-against-<br><br>CEMENT PLUS CORPORATION,<br><br>                Defendant. | ECF CASE |

### RULE 7.1 STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Capella Shipping Ltd. hereby represents to this Honorable Court that said plaintiff does not have a corporate parent nor is there any publicly-held corporation that owns 10% or more of its stock.

Dated:   New York, NY
              March 27, 2008

                                              BURKE & PARSONS
                                              Attorneys for Plaintiff
                                              CAPELLA SHIPPING LTD.

                                              By _____
                                              Michael J. Walsh (MJ-6578)
                                              100 Park Avenue
                                              New York NY 10017-5533
                                              (212) 354-3800