**Judge Hellerstein**

Michael J. Walsh (MW-6578)
William F. Dougherty (WD-8719)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-28-08
```

| | |
|---|---|
| CAPELLA SHIPPING LTD., <br><br> Plaintiff, <br><br> -against- <br><br> CEMENT PLUS CORPORATION, <br><br> Defendant. | ORDER APPOINTING <br> SPECIAL PROCESS <br> SERVER PURSUANT TO <br> F.R.C.P. RULE 4(c) |

    An application having been made by counsel for Plaintiff for an Order appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure.

    NOW, on reading and filing the affidavit of Michael J. Walsh, sworn to on March 27, 2008, and good cause having been shown, it is hereby

    **O R D E R E D** that William F. Dougherty, Christopher H. Dillon, Keith W. Heard, Michael J. Walsh, Penny Harris and Jayson Cofield, or any other partner, associate, paralegal or agent of Burke & Parsons, be and is hereby appointed, in addition to the United States Marshal, to serve Processes of Maritime Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets for, or on account of, Defendant.

Dated:  New York NY
         March 27, 2008

                                                               U.S.D.J.

O:\CM\9046_SKU\BP_DOC\0006.DOC