Michael J. Walsh (MW-6578)
William F. Dougherty (WD-8719)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```

| | |
|---|---|
| CAPELLA SHIPPING LTD.,<br><br>Plaintiff,<br><br>-against-<br><br>CEMENT PLUS CORPORATION,<br><br>Defendant. | CONSENT ORDER<br><br>08 CV 03110 (AKH) |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by their undersigned attorneys, that they have settled their action and, as such, the funds that are currently under attachment in this action with the garnishee, the Bank of America, in the amount of $59,982.22, together with any interest accrued thereon, are to be released.

IT IS HEREBY ORDERED, that the Bank of America shall release the foregoing attached funds to the attorney trust account of Brown, Sims, P.C., counsel for defendant, Cement Plus Corporation, pursuant to joint instructions to be provided by letter and signed by the undersigned counsel and,

IT IS FURTHER ORDERED, that upon confirmation from defendant's counsel that the attached funds have been released by the Bank of America in accordance with the above instructions, the parties will submit a stipulated Order of Discontinuance with prejudice and without costs to either party as against the other.

Dated: New York, NY
May 28, 2008

CAPELLA SHIPPING LTD.

By _____
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800
Attorneys for Plaintiff,
Capella Shipping Ltd.

CEMENT PLUS CORPORATION

By _____
James R. Koecher (JK-6683)
Brown, Sims, P.C.
Tenth Floor
1177 West Loop South
Houston, TX 77027
(713) 629-5507
Attorneys for Defendant,
Cement Plus Corporation

SO ORDERED:

DATED:

_____
U.S.D.J.

6/8/08