Michael J. Walsh (MW-6578)
William F. Dougherty (WD-8719)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPELLA SHIPPING LTD., <br><br> Plaintiff, <br><br> -against- <br><br> CEMENT PLUS CORPORATION, <br><br> Defendant. | STIPULATION AND ORDER OF DISCONTINUANCE <br><br> 08 CV 03110 (AKH) |

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by their undersigned attorneys, that the Plaintiff and Defendant have settled this action, now therefore:

    IT IS HEREBY ORDERED, that this action shall be, and the same hereby is, discontinued with prejudice and without costs to either party as against the other.

Dated:   New York, NY
             June 13, 2008

CAPELLA SHIPPING LTD.

By _____
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800
Attorneys for Plaintiff,
Capella Shipping Ltd.

CEMENT PLUS CORPORATION

By _____
James R. Koecher (JK-6683)
Brown, Sims, P.C.
Tenth Floor
1177 West Loop South
Houston, TX 77027
(713) 629-5507
Attorneys for Defendant,
Cement Plus Corporation

SO ORDERED:

DATED: 6-25-08

_____
U. S. D. J.